Argued and submitted October 10, 1986, reversed and remanded for new trial February 25, 1987

STATE OF OREGON,
*Respondent,*

*v.*

DENNIS WILLIAM LATTER,
*Appellant.*

(86-7008; CA A39837)

732 P2d 960

William Uhle, Portland, argued the cause and filed the brief for appellant.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his conviction for driving under the influence of intoxicants and assigns as error the trial court's admission of testimony regarding the results of a horizontal gaze nystagmus test. Because this case is not materially distinguishable from *State v. Reed,* 83 Or App 451, 732 P2d 66 (1987), we conclude that the trial court erred in admitting the testimony.

Reversed and remanded for a new trial.